

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 11 2005

IN THE UNITED STATES COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

H. OTIS TYLER                                                PLAINTIFF

VS.                           CIV. NO.4-04--CV-01033WRW

BOARD OF TRUSTEES OF
THE UNIVERSITY OF ARKANSAS, ET AL.                DEFENDANTS

## ORDER OF DISMISSAL

The Court has been advised that the parties in this matter have comprised all outstanding issues in this case. The Court hereby orders the Defendants to pay Plaintiff the sum of Seven Thousand Two Hundred Fifty Dollars ($7,250.00), minus all withholdings and deductions required by law and minus the ten (10%) deduction to be applied to Plaintiff's retirement account, as total compensation for his alleged backpay, other damages and remedial relief.

The Defendants are ordered to pay Ralph Washington, the sum of Ten Thousand Two Hundred Fifty Dollars ($10,250.00) to satisfy all claims by Plaintiff and his attorney for attorney fees and costs.

It is further ordered that this matter is hereby dismissed with prejudice on this _11th_ day of _October_, 2005.

_____
UNITED STATES DISTRICT JUDGE

Case 4:04-cv-01033-BRW   Document 14   Filed 10/11/05   Page 2 of 2

APPROVED AS TO FORM:

*/s/ Ralph Washington*

Ralph Washington
Attorney For Plaintiff
1612 Broadway St.
Little Rock, AR 72206
Phone: (501)-244-9818
Fax: (501)-244-9906

*/s/ Jeffrey A. Bell*

Jeffrey A. Bell
Senior Associate General Counsel
University of Arkansas
2404 North University Avenue
Little Rock, AR 72202
(501)868-2525